**Honorable James P. Donohue**

Paul H. Beattie
**Schwabe, Williamson & Wyatt, P.C.**
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
206.407.1566
206.292.0460
pbeattie@schwabe.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BETHANN SHANNON,<br><br>    Plaintiff,<br><br>  v.<br><br>FAIRHAVEN HEALTH, LLC, and JOHN DOES 1 - 10,<br><br>    Defendants. | Case No. C09-736 D<br><br>**GENERAL DENIAL** |

  Plaintiff Bethann Shannon and Fairhaven Health, LLC have recently resolved all claims and counterclaims that could have been advanced against each other. (*See* Docket No. 12). An Order dismissing Fairhaven from this matter awaits Court approval. (*See* Docket No. 14). Under these circumstances, Defendant Fairhaven has no obligation to answer Ms. Shannon's Complaint or First Amended Complaint. However, Fairhaven does generally deny any wrongdoing in this matter.

  More specifically, Fairhaven denies that Ms. Shannon has any protectable copyrights in the "Pet Sperm Sculpture." That sculpture fails even to meet the low standard for originality required by U.S. copyright law. The shape of the sculpture is generic and is completely conventional. Moreover, Fairhaven denies that it infringed any such copyrights,

GENERAL DENIAL - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center,
1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204

even if they exist. Since Fairhaven had no prior knowledge of Ms. Shannon's copyright registration, Ms. Shannon cannot claim that Fairhaven was a willful infringer. Indeed, if Fairhaven can even be alleged to have infringed, any such alleged infringement must be conceded to have been completely innocent. Finally, Fairhaven denies that Ms. Shannon was and is entitled to any of the relief prayed for in the Complaint and First Amended Complaint, whether legal or injunctive, including damages.

In sum, Fairhaven generally denies that it is in any way liable, and it denies all allegations of fault directed at it in the Complaint or First Amended Complaint. Had Ms. Shannon not agreed to dismiss Fairhaven from this lawsuit, Fairhaven would have answered, asserted affirmative defenses, and advanced counterclaims to establish its innocence in this matter. As it is, this general denial is sufficient.

Respectfully submitted this 2nd day of October, 2009.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: /s/Paul H. Beattie
Paul H. Beattie, WSBA #1566
Attorney for Defendant
Fairhaven Health, LLC

GENERAL DENIAL - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center,
1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204

PDX/121087/171731/PHB/5168495.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of October, 2009, I caused to be served the foregoing *General Denial* on the following persons at the following address by the indicated method:

Philip P. Mann
Mann Law Group
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Telephone:    (206) 224-3553
Facsimile:    (206) 224-2880
E-Mail:       phil@mannlawgroup.com

John Whitaker
Whitaker Law Group
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Telephone:    (206) 319-1575
Facsimile:    (206) 694-2203
E-Mail:       john@wlawgrp.com

by:

☐ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ hand delivery
☐ facsimile
☒ electronic service through the CM/ECF court system
☐ other (specify) _____

/s/Lynn R. Ohls
Lynn R. Ohls

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center,
1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204

PDX/121087/171731/PHB/5168495.1